UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL ANTHONY SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TENNESSEE BOARD OF PAROLE and )<br>TENNESSEE DEPARTMENT )<br>OF CORRECTION, )<br>)<br>Defendants. ) | No.: 1:22-CV-259-TAV-SKL |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered herewith, Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to **CLOSE** this file.

**ENTER.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  LeAnna R. Wilson
  CLERK OF COURT